1 BENJAMIN B. WAGNER
United States Attorney
2 CHRISTOPHER D. BAKER
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

FILED
MAY 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00188 LJO SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| JUAN RAMON CURIEL AND HERNANDEZ SANTIAGO PALACIOS, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: May 28, 2013

_Sheila K. Oberto_
United States Magistrate Judge

Motion to Unseal Indictment                    2