KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
SANTIAGO PALACIOS-HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JUAN RAMON CURIEL, and )<br>SANTIAGO PALACIOS- )<br>HERNANDEZ, )<br>)<br>Defendants. )<br>_____ ) | 1:13-cr-00188 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE DUE TO UNAVAILABILITY OF COUNSEL AND NEED TO REVIEW EXTENSIVE DISCOVERY; ORDER<br><br>New proposed date:<br>October 7, 2013 at 1:00 p.m. |

It is hereby stipulated between counsel for the government and counsel for the defendants as follows:

That the previously scheduled date of Monday, August 5, 2013 at 1:00 p.m. be rescheduled to Monday, October 7, 2013  at 1:00 p.m.based on the following:

KATHERINE HART, counsel for defendant SANTIAGO PALACIOS-HERNANDEZ has a pre-paid vacation which was set before she was appointed under the Criminal Justice Act to represent SANTIAGO PALACIOS-HERNANDEZ;

CARL FALLER, counsel for JUAN RAMON CURIEL, is unavailable for court on Monday, August 5, 2013 at 1:00 p.m.;

1

1

2

The discovery in the case is voluminous, and defense counsel have not had sufficient time to review the discovery to allow for a meaningful status conference;

3

4

5

6

7

8

9

The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Accordingly, counsel request that the court approve the attached order resetting the status conference  from August 5, 2013 to October 7, 2013 at 1:00 p.m.

10

11

DATED: July 31, 2013                         /kh/  Katherine  Hart
                                                       KATHERINE HART, Attorney for
                                                       SANTIAGO PALACIOS-HERNANDEZ

12

13

DATED: July 31, 2013                         /cf/ Carl Faller
                                                       CARL FALLER, Attorney for
                                                       JUAN RAMON CURIEL

14

15

DATED: July 31, 2013                         /cdb/Christopher D. Baker
                                                       CHRISTOPHER D. BAKER, Assistant
                                                       United States Attorney

16

**ORDER**

17

18

19

20

21

Pursuant to the parties' stipulation, it is hereby ordered that the status conference  in UNITED STATES OF AMERICA v. JUAN RAMON CURIEL et al., 1:13-cr-00188 LJO-SKO,  previously scheduled for August 5, 2013 at 1:00 p.m. be rescheduled to October 7, 2013 at 1:00 p.m..  Time shall be excluded under the Speedy Trial Act in the interests of justice as set forth in the parties' stipulation.

22

23

24

IT IS SO ORDERED.

25

**Dated:    August 1, 2013                        /s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

26

27

28