BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SANTIAGO PALACIOS-HERNANDEZ,<br><br>            Defendant. | CASE NO.  1:13-CR-00188 LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Old Date:   February 23, 2015<br>Old Time:   8:30 a.m.<br><br>**Date:       March 9, 2015**<br>**Time:       8:30 a.m.**<br>**Courtroom:   Four**<br>**          (Hon. Lawrence J. O'Neill)** |

    Defendant SANTIAGO PALACIOS-HERNANDEZ pleaded guilty on December 9, 2014, to Count One of the Indictment in this case.  Defendant's sentencing hearing currently is scheduled for February 23, 2015, at 8:30 a.m.

    Co-defendant Juan Ramon Curiel currently is scheduled to be sentenced on March 9, 2015.  In order to economize resources on the part of the Court, the government and the victims who may wish to attend the sentencing, the parties therefore hereby stipulate and jointly request that the Court order that the defendant's sentencing

hearing in this case be continued from February 23, 2015, to March 9, 2015, at 8:30 a.m., such that both the defendant and co-defendant Curiel are sentenced on the same date.  The parties further stipulate and jointly request that the court extend the deadline to file formal objections to the Pre-Sentence Report (PSR) to one week prior to the continued sentencing date.

Dated:   January 8, 2015					BENJAMIN B. WAGNER
								United States Attorney


							 /s/    Christopher D. Baker
							CHRISTOPHER D. BAKER
							PATRICK R. DELAHUNTY
							Assistant United States Attorney


Dated:   January 8, 2015
							 /s/    Katherine Hart
							KATHERINE HART
							Attorney for Defendant
							  Santiago Palacios-Hernandez

### ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from February 23, 2015, to March 9, 2015, at 8:30 a.m., and that the deadlines to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

   Dated:   **January 8, 2015**			    **/s/ Lawrence J. O'Neill**
							UNITED STATES DISTRICT JUDGE