CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
JUAN RAMON CURIEL

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-0188 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARINGS |
| vs. | |
| JUAN RAMON CURIEL and SANTIAGO PALACIOS-HERNANDEZ | Date: May 11, 2015<br>Time: 8:30 am<br>Honorable Lawrence J. O'Neill |
| Defendants. | |

The sentencing hearings in this matter are currently set on March 9, 2015, at 8:30 am.  It is stipulated and agreed among the parties that sentencing for both defendants be continued until May 11, 2015 at 10:00 am.  The reason for the continuance is that counsel for Santiago Palacios-Hernandez was recently hospitalized in the country of Nepal with a serious respiratory infection and she is still recovering from that illness.  The cases of both defendants have over-lapping and mutual sentencing issues on which both defense counsel wish to do further coordinated research in preparation for their sentencing presentations to the court.  It is further stipulated that Informal Objections shall be served on the probation officer and each counsel on or before April 20, 2015, and formal Objections and Sentencing Memorandums filed with the court no later than May 4, 2015

It is therefore respectfully requested that the sentencing hearing for both defendant in this case be continued until May 11, 2015 at 10:00 am.

Dated:  February 10, 2015                    /s/ Carl M. Faller
                                             CARL M. FALLER
                                             Attorney for Defendant
                                             JUAN RAMON CURIEL


Dated:  February 10, 2015                    /s/ Katherine Louise Hart
                                             KATHERINE LOUISE HART
                                             Attorney for Defendant
                                             SANTIAGO PALACIOS-HERNANDEZ


                                             BENJAMIN B. WAGNER
                                             United States Attorney

Dated:  February 10, 2015
                                             /s/Christopher D. Baker
                                             CHRISTOPHER D. BAKER
                                             Assistant U.S. Attorney
                                             Attorney for United States of America


ORDER:

    IT IS HEREBY ORDERED that the sentencing hearings in this matter for JUAN RAMON CURIEL AND SANTIAGO PALACIOS-HERNANDEZ be continued until May 11, 2015 at 10:00 am.  It is further ordered that Informal Objections shall be served on the probation officer and each counsel on or before April 20, 2015, and Formal Objections and Sentencing Memorandums shall be filed with the court no later than May 4, 2015

IT IS SO ORDERED.

    Dated:   **February 11, 2015**             /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE