CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendant
JUAN CURIEL

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:13-cr-00188 LJO |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) DATE FOR SENTENCING |
| vs. | ) |
| | ) Date:  May 11, 2015 |
| JUAN CURIEL, | ) Time:  8:30 am |
| | ) Honorable Lawrence J. O'Neill |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing in this matter is currently set for May 11, 2015 at 10:30 am.  It is respectfully stipulated and requested that the sentencing hearing be continued until June 15, 2015 at 10:00 am.  The reason for the continuance is that counsel for defendant Curiel recently completed trial in the matter of United States v. Shawn McCormack before the Honorable Anthony W. Ishii.  Through no fault of the prosecutors, preparation for that case was especially difficult since discovery was received on a daily basis up to and including a few days before the commencement of the trial.  In addition, the case involved charges of the Sexual Exploitation of a Minor and Kidnapping, which required extensive motion hearings concerning the admissibility of very sensitive evidence in front of the jury. Additional time is necessary to allow counsel to adequately address issues that may arise at sentencing in this case and to prepare the necessary documents prior to sentencing.  In addition, Mr. Curiel has a cooperation clause as part of his

plea agreement and a further debriefing is anticipated by both parties, but has yet to be scheduled..

Counsel for Mr. Curiel has consulted with counsel for the codefendant and she is also in favor of the continuance and desires to have the defendants sentenced on the same day

Dated:  April 20, 2015

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
JUAN CURIEL

/s/ Katherine Hart
KATHERINE HART
Attorney for Defendant
SANTIAGO PALACIOS-HERNANDEZ

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Patrick Delahunty
PATRICK DELAHUNTY
Assistant U.S. Attorney

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendants' sentencing hearing currently set for May 11, 2015 at 10:00 am, is hereby continued until  June 15, 2015 at 10:00 am.
.

IT IS SO ORDERED.

Dated:   **April 20, 2015**            ____**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE