BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN RAMON CURIEL, et al.,<br><br>Defendants. | CASE NO. 1:13-cr-00188- LJO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE:   March 21, 2016<br>TIME:   8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, this matter was set for sentencing on June 15, 2015 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing until **March 21, 2016 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendants to fulfill any remaining obligations in their plea agreements. The defendants have expressed a willingness to fulfill their obligations as soon as practicable. The government has experienced logistical difficulties

1

in this regard that can be addressed with a stipulated continuance.  It is respectfully requested that the current date set for sentencing be vacated and that the matter be re-set for sentencing on **March 21, 2016** at 8:30 a.m. or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED:      May 19, 2015

/s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant United States Attorney

DATED:      May 19, 2015

/s/Carl Faller
Carl M. Faller
Counsel for Defendant
Juan Ramon Curiel

DATED:      May 19, 2015

/s/Katherine Hart
Katherine L. Hart
Counsel for Defendant
Santiago Palacios Hernandez

**O R D E R**

IT IS SO FOUND AND ORDERED that the current date set for sentencing be vacated and that the matter be re-set for sentencing on **March 21, 2016** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **May 19, 2015**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2