PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
PATRICK J. SUTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JUAN RAMON CURIEL and SANTIAGO PALACIOS-HERNANDEZ,<br><br>               Defendants. | CASE NO. 1:13-cr-00188- LJO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>EXISTING DATE:   April 10, 2017<br>PROPOSED DATE:  June 26, 2017<br>TIME:                  8:30 a.m.<br>JUDGE:             Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, the sentencing hearing in this matter is scheduled for April 10, 2017 at 8:30 a.m.

2. By this stipulation, the parties move to continue the sentencing hearing until **June 26, 2017 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendants to fulfill any remaining obligations under their plea agreements. The defendants have expressed a willingness to fulfill their obligations as soon as practicable. Accordingly, it is respectfully requested that the

1

current date set for sentencing be vacated and that the matter be re-scheduled for sentencing on **June 26, 2017 at 8:30 a.m.** or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED: March 14, 2017          PHILLIP A. TALBERT
                               United States Attorney

                     By:   /s/ Christopher D. Baker
                           CHRISTOPHER D. BAKER
                           Assistant United States Attorney

DATED: March 14, 2017

                           /s/Carl Faller
                           Carl M. Faller
                           Counsel for Defendant
                           Juan Ramon Curiel

DATED: March 14, 2017

                           /s/Katherine Hart
                           Katherine L. Hart
                           Counsel for Defendant
                           Santiago Palacios-Hernandez

**O R D E R**

IT IS SO FOUND AND ORDERED that good cause having been established to continue the sentencing, the current date set for sentencing be vacated and that the matter be re-set for sentencing on **June 26, 2017 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  **March 14, 2017**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

2