PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
PATRICK J. SUTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JUAN RAMON CURIEL and SANTIAGO PALACIOS-HERNANDEZ,<br><br>            Defendants. | CASE NO. 1:13-cr-00188- LJO<br><br>STIPULATION AND ORDER THEREON TO CONTINUE SENTENCING HEARINGS<br><br>NEW DATE: July 24, 2017<br>TIME:          8:30 a.m.<br>JUDGE:       Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, the defendants' sentencing hearings currently are scheduled to be held on June 26, 2017 at 8:30 a.m.

2. By this stipulation, the parties request to continue the sentencing hearings to **July 24, 2017 at 8:30 a.m.**

3. The parties are conferring on a convenient date(s) for the defendants to fulfill any remaining obligations under their plea agreements. The defendant in a related action (*United States v. Martin Calzada*, 1:15-cr-00355 LJO) currently is scheduled to be sentenced on July 24, 2017, and

1

the government believes defendants Curiel and Palacios-Hernandez should be present at the time of defendant Calzada's sentencing hearing.  Moreover, consolidating the sentencing hearings in this case and in the related case (1:15-cr-00355 LJO) will minimize any burden on victims who may wish to appear at all defendants' sentencing hearings.

4. Accordingly, the parties respectfully request that the current date for defendants' sentencing hearings be vacated and that the matter be re-set for sentencing on **July 24, 2017 at 8:30 a.m.** or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED:     May 12, 2017

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

DATED:     May 12, 2017

/s/Carl Faller
Carl M. Faller
Counsel for Defendant
Juan Ramon Curiel

DATED:     May 12, 2017

/s/Katherine Hart
Katherine L. Hart
Counsel for Defendant
Santiago Palacios-Hernandez

# O R D E R

IT IS SO FOUND AND ORDERED that good cause having been established to continue the sentencing hearings, the current date set for sentencing is vacated and the matter is re-set for sentencing on **July 24, 2017** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **May 15, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2